[Cite as *01/13/2003 Case Announcements,* 2003-Ohio-59.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 13, 2003*

## DISCIPLINARY CASES

**2000–1097. In re Resignation of Walter.**
IT IS ORDERED by this court, sua sponte, that Margaret Anne Walter, Attorney Registration No. 0062772, last known business address in Elmore, Ohio, be found in contempt for failure to comply with this court's order of December 14, 2000, to wit, failure to pay publication costs in the amount of $93.88 on or before January 8, 2002, correcting the announcement published at 97 Ohio St.3d 1434, 2002-Ohio-6055, 778 N.E.2d 46.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–2084. State ex rel. Dismuke v. Indus. Comm.**
Franklin App. No. 02AP–7, 2002-Ohio-6025.

**2002–2169. State ex rel. Bowman v. Fyda Freightliner, Inc.**
Franklin App. No. 02AP–284, 2002-Ohio-6168.

**2002–2238. State ex rel. Fogle v. Carlisle.**
Warren App. No. CA2002–09–097.

**2002–2239. State ex rel. Johnson v. Ohio Dept. of Rehab. & Corr.**
Madison App. No. CA2000–04–014.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1877. State ex rel. Wheeling–Pittsburgh Steel Corp. v. Indus. Comm.**
Franklin App. No. 01AP–1285, 2002-Ohio-4854.

**2002–1920. State ex rel. Thieman v. Indus. Comm.**
Franklin App. No. 01AP–1274, 2002-Ohio-5071.

[Cite as *01/14/2003 Case Announcements,* 2003-Ohio-84.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 14, 2003*

## MISCELLANEOUS DISMISSALS

**2002–2105. Olympic Title Ins. Co. v. Fifth Third Bank, W. Ohio.**
Montgomery App. Nos. 19319 and 19324, 2002-Ohio-5826. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. Upon consideration of the application for dismissal of cross-appeal of First American Title Insurance Company of New York,
IT IS ORDERED by the court that the application for dismissal of cross-appeal be, and hereby is,